1068

**Fannie Lanzone LONARDO v. Philip J. MOONEY, Guardian of Angelo Lonardo, et al.**

No. 5731.

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1932.

Day & Day, of Cleveland, Ohio, for appellant.

George Saks, of Cleveland, Ohio, for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**Ray McGUIRE, Appellant, v. UNITED STATES of America.**

No. 9436.

Circuit Court of Appeals, Eighth Circuit.

May 17, 1932.

Walter F. Maley, of Des Moines, Iowa, for appellant.

Ross R. Mowry, of Newton, Iowa, for the United States.

PER CURIAM.

Appeal dismissed, without costs to either party, for want of prosecution.

**Ray McINTYRE, Appellant, v. UNITED STATES of America.**

No. 9534.

Circuit Court of Appeals, Eighth Circuit.

May 25, 1932.

Ferguson & Ferguson, of Shenandoah, Iowa, for appellant.

Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM.

Appeal docketed and dismissed under Rule 16, on motion of appellee and stipulation of parties.

**Joseph S. MacLAUGHLIN, Collector, Appellant, v. ALLIANCE INSURANCE CO., Appellee.**

No. 4642.

Circuit Court of Appeals, Third Circuit.

June 24, 1932.

Edward H. Horton, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., Edward W. Wells, U. S. Atty., and Paul Freeman, Asst. U. S. Atty., botn of Philadelphia, Pa. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., of counsel), for appellant.

Robert T. McCracken and Edward M. Biddle, both of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

Upon the authority of the opinion of the Supreme Court (No. 548, October Term, 1931) 52 S. Ct. 538, 76 L. Ed. ——, delivered in this case and in the companion case of Insurance Company of State of Pennsylvania, Appellant, v. Joseph S. MacLaughlin, Collector of Internal Revenue for the First District of Pennsylvania, Appellee (No. 547, October Term, 1931) 52 S. Ct. 538, 76 L. Ed. ——, on questions certified to the Supreme Court, the judgment against Joseph S. MacLaughlin, Collector, Appellant [49 F.(2d) 361], is reversed, with direction that judgment be entered for defendant.